UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PATRICIA MILLHOUSE,**
**INSTITUTIONAL ID NO. 65264-509,**

   Petitioner,

v.                                                                  No. 4:24-cv-1264-P

**WARDEN RULE,**

   Respondent.

## FINAL JUDGMENT

   In accordance with the Court's order entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is DENIED. *See* FED. R. CIV. P. 58.

   **SO ORDERED** on this **29th day of May 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE